**94–767.** Am. Seaway Foods, Inc. v. Belden S. Assoc., L.P. *Stark County,* No. CA–9260. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to

brief the issue stated in the court of appeals' Journal Entry Certifying Conflict to the Ohio Supreme Court, filed March 30, 1994.

WRIGHT, RESNICK and F.E. SWEENEY, JJ., dissent.